ALFREDO LOPEZ

PLAINTIFF/PETITIONER/MOVANT'S NAME

T-62317

PRISON NUMBER

CALIFORNIA MEN'S COLONY EAST

PLACE OF CONFINEMENT

P.O. Box 8101 (Cell 5299)
San Luis Obispo, CA.  93409-8101

ADDRESS




## United States District Court
### Southern District Of California

ALFREDO LOPEZ ,
        Plaintiff/Petitioner/Movant

v.

SUSAN PASHA ,
        Defendant/Respondent

Civil No. '08 CV 0988 L RBB

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>

I, Alfredo Lopez
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  (Yes)  No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  California Men's Colony East
   Are you employed at the institution?  (Yes)  No
   Do you receive any payment from the institution?  Yes  (No)

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _____Pipefitters Union Local 709 in 1989_____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     Yes   (No)
   b. Rent payments, royalties interest or dividends    Yes   (No)
   c. Pensions, annuities or life insurance             Yes   (No)
   d. Disability or workers compensation                Yes   (No)
   e. Social Security, disability or other welfare      Yes   (No)
   e. Gifts or inheritances                             Yes   (No)
   f. Spousal or child support                          Yes   (No)
   g. Any other sources                                 Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)?   Yes   (No)
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   Yes   (No)
   a. Make:                Year:            Model:
   b. Is it financed?   Yes    No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes   (No)
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   Court ordered restitution to the State of california

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____           _Alfredo Lopez_____
         DATE                              SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                      -3-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Alfred Lopez__,
(NAME OF INMATE)

__T62317__,
(INMATE'S CDC NUMBER)

has the sum of $ __0.00__ on account to his/her credit at __California Men's Colony__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0.00__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0.00__,

and the *average monthly deposits* to the applicant's account was $ __0.00__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__May 28, 2008__  __Abby Simon__
DATE   SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Abby Simon__
OFFICER'S FULL NAME (PRINTED)

__Accounting Technician__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)   -4-   ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Alfredo Lopez #T-62317 _____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either • $150 (civil complaint) or • $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____  _____
DATE                        SIGNATURE OF PRISONER

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: DEC. 28, 2007 THRU MAY  28, 2008

ACCOUNT NUMBER : T62317              BED/CELL NUMBER: EFCQB5F200005299S
ACCOUNT NAME   : LOPEZ, ALFRED       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE      DESCRIPTION          COMMENT       HOLD AMOUNT
  ----------  ----   ---------------------  -----------   -----------
  05/22/2008  H118   LEGAL COPIES HOLD      5025             6.80

                           TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL      CURRENT      HOLDS     TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
 ---------  ----------  -----------  --------   ---------   ------------
    0.00       0.00        0.00        0.00        6.80         0.00


                                                 CURRENT
                                                AVAILABLE
                                                 BALANCE
                                                ----------
                                                   6.80-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA MENS COLONY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: DEC. 28, 2007 THRU MAY  28, 2008


           TOTAL NUMBER OF STATEMENTS PRINTED:             1

  TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:         0.00
```