# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Alfredo Lopez

               V.                       **JUDGMENT IN A CIVIL CASE**

Susan Pasha, et al.

                                       CASE NUMBER:    08-CV-988-L (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed IFP is **DENIED** as moot.

| June 20, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ M. Jenkins |
| | (By) M. Jenkins, Deputy Clerk |
| | ENTERED ON June 20, 2008 |

08-CV-988-L (RBB)